Submitted November 8, 1976.  Ralph J. Cappy, Public Defender, for appellant;  Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1127

Commonwealth v. Jackson, Appellant.

Submitted June 22, 1976.  Benjamin Lerner, Defender, for appellant;  F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1128

Commonwealth v. Jackson, Appellant.